UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ISMAEL VENTURA,

      Movant,      18-cv-9179 (JGK)
               09-cr-1015 (JGK)

  - against -

               ORDER

UNITED STATES OF AMERICA,

      Respondent.

JOHN G. KOELTL, District Judge:

  The Movant, Jose Ismael Ventura, has filed a Motion to Amend his Motion pursuant to 28 U.S.C. § 2255. The original Motion pursuant to Section 2255 is fully briefed and is awaiting decision. The Motion to Amend is granted without prejudice to any arguments or responses that the Respondent may raise to the amendment whether procedural or substantive, including any claim that the Motion or the underlying claims are untimely.

  The Respondent should respond to the amendment by October 30, 2020. The Movant may reply by November 30, 2020.

SO ORDERED.

Dated: New York, New York
    October 7, 2020

                   _____
                   John G. Koeltl
                United States District Judge