# NOTICE OF APPEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSE ISMAEL VENTURA,
        *Petitioner,*

- against -                               18 CIV. 9179 (JGK)
                                                    20 CIV. 8064 (JGK)
UNITED STATES OF AMERICA,        09 CR. 1015 (JGK)
        *Defendant.*

-----------------------------------------------------------------X

       Notice is hereby given that Jose Ismael Ventura appeals to the United States Court of Appeals for the Second Circuit from the District Court's Memorandum Opinion and Order entered in this action on May 1, 2024, which denied Jose Ismael Ventura's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255

Defense Counsel:
Richard J. Ma, Esq.
The Law Offices of Ma & Park, PLLC
20 Vesey Street, Suite 400
New York, New York 10007
Tel: (212) 431-6938
richardma@maparklaw.com

Assistant U.S. Attorney:
Emily A. Johnson
1 St. Andrew's Plaza
New York, New York 10007
Tel: (212) 637-2257
emily.johnson@usdoj.gov

                                                           Respectfully submitted,

                                                           /s/
                                                           Richard J. Ma, Esq.
                                                           Counsel for Jose Ventura